IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:24-cv-17-MPM-RP

AARON PRINCE

**DEFAULT JUDGMENT**

The Defendant, Aaron Prince, having failed to appear, plead or otherwise defend in this action, and default having been entered on April 12, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Aaron Prince, in the amount of $68,763.00, plus a separate filing fee of $405.00 to the Clerk of Court.

This the 8th day of August, 2024.

__s/ David Crews_____
BY:   Clerk of Court by LGM